SOL LEVIN, appellant,

*v.*

NATHAN LEVINE, respondent.

[Decided April 23d, 1942.]

*Messrs. Thompson & Lloyd (Mr. John Lloyd, Jr.,* of counsel), for the appellant.

*Mr. Edward I. Feinberg,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported at *130 N. J. Eq. 459.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, RAFFERTY, THOMPSON, JJ. 11.

*For reversal*—None.